CORBIN-BAY REALTY CORP. v. D. H. OVERMYER CO., INC., *ET AL.*

D. H. M. INDUSTRIES, INC. v. CENTRAL PORT WAREHOUSE, INC., *ET AL.*

January 18, 1972. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF FERDINAND F. PENSABENE, DECEASED.

January 18, 1972. Petition for certification denied.

MARGARET K. VALENTINE v. CAMPBELL SOUP COMPANY.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v.
ROBERT SCOTT, a/k/a ROBERT ENGLISH.

January 18, 1972. Petition for certification denied.

IN THE MATTER OF THE DISCIPLINARY PROCEEDINGS AGAINST JOHN COLEMAN, HOLDER OF PLENARY RETAIL CONSUMPTION LICENSE.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. EMILIO DE ANGELO.

January 18, 1972. Petition for certification denied.